*E-filed 7/14/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICRON TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>TESSERA, INC.,<br><br>    Defendant.<br>_____/ | Case No. C06-80096 MISC. JW (HRL)<br><br>**ORDER DENYING STIPULATED REQUEST FOR EXPEDITED BRIEFING AND HEARING DATES FOR NON-PARTY PETITIONER SILICONWARE USA, INC.'S MOTION FOR A PROTECTIVE ORDER** |

The stipulated request for expedited briefing and hearing dates for non-party petitioner Siliconware USA, Inc.'s motion for a protective order is DENIED.

**IT IS SO ORDERED.**

Dated: 7/14/06

                                                              /s/ Howard R. Lloyd
                                                             HOWARD R. LLOYD
                                                             UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Jane Louise Froyd jfroyd@jonesday.com, snakanomcswain@jonesday.com

Susan M. Gerber smgerber@jonesday.com, smdeitrick@jonesday.com; jlsheaffer@jonesday.com; pjnorton@jonesday.com; ksschwartz@jonesday.com

Michael F. Heafey MHeafey@orrick.com, aako-nai@orrick.com; jcalderon@orrick.com

Hsiang H. Lin jlin@orrick.com, hlee@orrick.com

Jenny L Sheaffer jlsheaffer@jonesday.com

Rowena Y. Young ryoung@orrick.com, aako-nai@orrick.com; mtrinh@orrick.com; jcalderon@orrick.com; cwilke@orrick.com

Dated: 7/14/06     JMM
                   Chambers of Magistrate Judge Howard R. Lloyd

2